**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **TEARIE REGISTER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO. 5:26-cv-402 (MTT)** |
| | ) | |
| **MACON-BIBB COUNTY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

On September 17, 2026, Plaintiff Tearie Register, proceeding pro se, filed a complaint against Defendant Macon-Bibb County and moved to proceed *in forma pauperis* ("IFP"). ECF 1; 2. On October 9, the Court ordered Plaintiff to show cause why the case should not be dismissed for lack of subject matter jurisdiction. ECF 4.

As explained in the Court's show cause order, "[w]hen a plaintiff files suit in federal court, she must allege facts that, if true, show federal subject matter jurisdiction over her case exists." *Travaglio v. Am. Exp. Co.*, 735 F.3d 1266, 1268 (11th Cir. 2013) (citing *Taylor v. Appleton*, 30 F.3d 1365, 1367 (11th Cir. 1994)). "Without such allegations, district courts are constitutionally obligated to dismiss the action altogether if the plaintiff does not cure the deficiency." *Id.*; *see also* Fed. R. Civ. P. 12(h)(3) ("If the court determines at any time that it lacks subject matter jurisdiction, the court must dismiss the action.").

The complaint, which apparently asserts state law claims against the county in which Plaintiff resides, does not plausibly allege a basis for federal subject matter

jurisdiction. ECF 1 at 1. Plaintiff's response to the Court's show cause order discusses Georgia law and venue. ECF 5. Plaintiff also states the amount in controversy exceeds $75,000, but that alone is insufficient to establish diversity jurisdiction. *Id.* at 3; *see* 28 U.S.C. § 1332(a). To allege diversity jurisdiction under 28 U.S.C. § 1332, a complaint must allege the amount in controversy exceeds "$75,000, exclusive of interest and costs, *and* is between . . . citizens of different States." *See* 28 U.S.C. § 1332(a) (emphasis added). Because Plaintiff and Macon-Bibb County are both Georgia citizens, the Court lacks diversity jurisdiction. *Id.*; ECF 1 at 1.

Therefore, the complaint (ECF 1) is **DISMISSED without prejudice** for lack of subject matter jurisdiction.[1] Plaintiff's motion to proceed IFP (ECF 2) is **DENIED as moot**.

**SO ORDERED**, this 22nd day of October, 2026.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

[1] The applicable statute of limitations period may have run on Plaintiff's claims. Consequently, dismissal may be, in effect, with prejudice.